**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 1 MM 2019

            Respondent            :

                v.                :

ALFRED ALONZO MAYO,             :

            Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2019, the Motion for Appointment of Counsel is DENIED.